UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAXLER DUMAY,<br>a/k/a "Trax" | Criminal No. 22-306 (WJM)<br><br>SCHEDULING ORDER |

This matter having come before the Court upon the joint request of the parties; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Sarah A. Sulkowski, Assistant U.S. Attorney, appearing); and the defendant being represented by Raymond L. Hamlin, Esq.; and the parties having agreed on an amended schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 24 day of May, 2022, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 1, 2022.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 1, 2022. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 1, 2022.

4. The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 1, 2022.

5. The following shall be the schedule for pretrial motions in this matter:

    a) The defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 5, 2022;

    b) The Government shall file any response to the defendant's pretrial motions on or before October 3, 2022;

    c) The defendant shall file any reply on or before October 17, 2022; and

    d) Oral argument on pretrial motions shall be held on TBD, 2022 at ____ a.m./p.m.

Honorable William J. Martini
United States District Judge